2009-02481
FILED
July 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003642598

**LAW OFFICES OF JOHN M. O'DONNELL**
John M. O'Donnell (CA Bar Assn. No. 142906)
915 University Avenue
Sacramento, CA  95825     Telephone:  (916) 563-7744

**McCARTNEY & ASSOCIATES**
N. Thomas McCartney, Esquire (CA Bar No. 066758)
Matthew C. McCartney, Esquire (CA Bar No. 226678)
2001 P Street, Suite 100
Sacramento, CA  95811     Telephone (916)329-9200

Attorneys for BLDCO, INC.

### UNITED STATES BANKRUPTCY COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| VOLODYMYR DUBINSKY and SVETLANA DUBINSKY,<br><br>Debtors. | Case No. 09-27647-A-7 |
| BLDCO, INC.,<br><br>Plaintiff,<br>vs.<br>VOLODYMYR DUBINSKY aka VLADIMIR DUBINSKY,<br><br>Defendant. | ADVERSARY NO. 09-2481-A<br><br>Motion No. JMO-5 |
| BLDCO, INC.,<br><br>Plaintiff,<br>vs.<br>LEONID DOUBINSKI,<br><br>Defendant. | ADVERSARY NO. 10-2053-A<br><br>Date:  Ex Parte<br>Time:<br>Dept.:  A<br>Courtroom 28, Seventh Floor<br>Hon. Michael S. McManus |

### JUDGMENT DETERMINING DEBT NONDISCHARGEABLE

RECEIVED
July 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003642598

The court having received a Motion For Entry of Default Judgment (hereinafter "Motion") filed by Plaintiff BLDCO, INC. (hereinafter "Plaintiff") in the above captioned pending adversary proceeding against Defendant VOLODYMYR DUBSINSKY (hereinafter "Defendant"), the Honorable Michael S. McManus presiding. Upon review of the Motion and supporting evidence filed with the court, proper notice having been given, no opposition having been filed or heard and good cause appearing therefore;

**IT IS ORDERED** that Plaintiff shall have judgment against Defendant VOLODYMYR DUBINSKY in the amount of $6,195,981.00;

**IT IS FURTHER ORDERED** that said judgment in favor of Plaintiff and against Defendant is hereby determined nondischargeable pursuant to the provisions of 11 U.S.C. §§ 523(a)(2), 523(a)(4) and 523(a)(6).

Dated: July 20, 2011

By the Court

Michael S. McManus
United States Bankruptcy Judge

-2-